# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*This form is for prisoners to challenge one State court conviction or one probation/parole revocation proceeding. If you want to challenge more than one, you must file a separate form for each one. If you are challenging a prison disciplinary proceeding or a federal conviction, you need a different form.*]

## 28 U.S.C. § 2254 HABEAS CORPUS PETITION BY A PERSON IN STATE CUSTODY

| Name (under which you were convicted): Victor Lee Jordan | Case No. [*For a new case in this court, leave blank. The court will assign a case number.*] 3:20-cv-615 |
|---|---|
| Place of Confinement: LaPorte County Jail | FILED JUL 20 2020 ROBERT N. TRGOVICH, Clerk U.S. DISTRICT COURT NORTHERN DISTRICT OF INDIANA |

[*Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court. NEATLY print in ink (or type) your answers.*]

### CONVICTION AND SENTENCE

1. What State court entered the judgment you are challenging? __Superior Court 4 State of Indiana__
   Criminal case number: __46D04-1610-F6-942__. Did you plead guilty? ○ Yes. ● No.
   Length of sentence: __4 months GPS__. Date of sentencing: __8__/____/__2017__
   Crime(s) for which you were sentenced: __Intimidation__
   _____
   _____

### PROBATION/PAROLE REVOCATION

2. Are you challenging a probation/parole revocation? ○ No. ○ Yes, the revocation hearing was held on: __/__/__
   by _____ and I was revoked because _____
   _____
   [*For a challenge to a revocation proceeding, list only direct appeals, post-conviction relief petitions, and other collateral attacks that were associated with challenging the revocation.*]

### DIRECT APPEAL [*Do not include post-conviction relief petitions or other collateral attacks in this section.*]

3. Did you directly appeal to the Court of Appeals of Indiana? ● No. ○ Yes, case number: _____
   Result: _____. Date of result: __/__/__
   Did you seek transfer to the Indiana Supreme Court? ● No. ○ Yes, case number: _____
   Result: _____. Date of result: __/__/__
   Did you petition for certiorari to the United States Supreme Court? ● No. ○ Yes, case number: _____
   Result: _____. Date of result: __/__/__

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**GROUND THREE:** [Briefly describe your claim.] CR4(c) Violation in case no 46D04-1802-F6-000187

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

The filing date is 3/7/2018 on the above cause number. I been demanding trial since March. The state refuse to dismiss or take me to trial on the above case no. Any defendant held on charge more than one year must be discharged upon motion. I have put my motion in

Did you present Ground Three to the Indiana Supreme Court? ◯ Yes - Explain when and how. ● No - Explain why not.

Case is still pending

**GROUND FOUR:** [Briefly describe your claim.] Wrote a Post conviction

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

My hired consuel was ineffective. He had me sentence to CAPS without my present, or consent or admission of guilty.

Did you present Ground Four to the Indiana Supreme Court? ◯ Yes - Explain when and how. ● No - Explain why not.

Post conviction is being ignored or been some other extremes. Cant exhaust so I believe this is the best way.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

## FIRST POST-CONVICTION RELIEF PETITION

4. Did you file a post-conviction relief petition in State court? ◯ No. ● Yes, case number: _____

   Name of court: _Superior Court #4_____. Date of filing: ___/___/_____

   Result: _Pending or ignored_____. Date of result: ___/___/_____

   Did you appeal to the Court of Appeals of Indiana? ● No.  ◯ Yes, case number: _____

   Result: _____. Date of result: ___/___/_____

   Did you seek transfer to the Indiana Supreme Court? ● No. ◯ Yes, case number: _____

   Result: _____. Date of result: ___/___/_____

## OTHER COLLATERAL ATTACKS

5. Other than the cases listed above, have you filed anything else in State court challenging this conviction or revocation?

   ● No. ◯ Yes, I filed: _____. Case number: _46D04-1802-F6-000187_

   Name of court: _Superior Court #4_____. Date of filing: _3_/_7_/_2018_

   Result: _Pending_____. Date of result: ___/___/_____

   Did you appeal to the Court of Appeals of Indiana? ● No.  ◯ Yes, case number: _____

   Result: _____. Date of result: ___/___/_____

   Did you appeal to the Indiana Supreme Court? ● No. ◯ Yes, case number: _____

   Result: _____. Date of result: ___/___/_____

6. Have you challenged this conviction or revocation in federal court? ● No. ◯ Yes, case number: _____

   Name of court: _____. Result: _____

7. Have you challenged this conviction or revocation in any other case or appeal? ● No. ◯ Yes. [Attach an additional sheet listing the nature of the proceeding, court, case number, file date, judgment date, and result.]

**FILING FEE** [The fee for filing this habeas corpus petition is $5.00.]

8. Are you paying the $5.00 filing fee?

   ◯ Yes, I have authorized prison officials to deduct the money from my prisoner trust fund account and send it to the court.

   ● No, I have attached a separate Prisoner Motion to Proceed In Forma Pauperis AND a copy of my inmate trust fund ledger for the past six months BECAUSE I have less than $15.00 now AND I have received an average of less than $15.00 a month during the past six months.

# GROUNDS RAISED IN THIS HABEAS CORPUS PETITION

[State every ground on which you are being held in violation of the Constitution, laws, or treaties of the United States. Write the facts supporting each ground. Use simple English words and sentences. Do not use legal terms or quote from cases or statutes. If you want to submit a legal brief or arguments, attach a separate memorandum.
**CAUTION:**
**If you do not present every ground in this petition, you may be barred from doing so later.**]

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

**GROUND ONE**: [Briefly describe your claim.] Double Jeopardy on cause No 46D04-1610-F6-942 Intimidation

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

I was sentence to 17 months. By the Federal Courts on the above Charge. In the Northern District of Indiana Southend Division. I never went in front of a State Judge. Only the Honorable Robert Miller Jr. Superior Court Judge Greta Friedman sentence me to 4 months GPS LaPorte County Correction. Without my prescenes or without me pleading guilty in open Court to the charges of Intimidation. No transcripts will show my prescenes or me plead guilty. Never had a chance to plead guilty This is a violation of my constitutional rights. No trial no pled of guilty. Which is going to lead to pending charges

Did you present Ground One to the Indiana Supreme Court? ◯ Yes - Explain when and how. ● No - Explain why not.

My lawyer was ineffective and my Post Conviction relief is getting ignored can't exhaust. And two recognized exceptions are speedy trial and double Jeopardy. I believe this is the right way.

**GROUND TWO**: [Briefly describe your claim.] Speedy trial rights violated 46D04-1802-F6-000187

Supporting Facts: [Do not argue or cite law. Just state the specific facts that support your claim.]

I been demanding trial since March 2018 and the State refuses to take me to trial I have demanded trial at every stage for over two (2) years. I have asked for a fast and speedy. A speedy trial. A trial date. Filing date was 3/7/2018. I fit all four factors of Barker v Wingo. In which I'm charged for escape for the 46D04-1610-F6-942 Intimidation GPS that I never admit guilty or found guilty so thats why I'm including this cause I'm not yet convicted. But this stems from the GPS and Double Jeopardy violation.

Did you present Ground Two to the Indiana Supreme Court? ◯ Yes - Explain when and how. ● No - Explain why not.

_____
_____
_____

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

## TIMELINESS OF PETITION

> The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides that:
> (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -
>   (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
>   (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;
>   (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
>   (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
> (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

9. Explain why this petition is timely under the provisions of 28 U.S.C. § 2244(d).

I have filled out Post Convictions forms. I have pursued every level.. And these matters involved speedy trial and Double Jeopardy issues.

## RELIEF

I ask for the following relief: Reversal and dismissal

_____ or any other relief to which I may be entitled.

## DECLARATION AND SIGNATURE

I placed this petition in the prison mail system on __7__/__17__/20____ at __6:00__ am/pm.
[Do not fill in this date and time until you give this petition to prison officials to send to the court.]

I declare under penalty of perjury that all of the statements in this petition are true and agree to promptly notify the court of any change of address.

Signature

Prisoner Number: 200/2592

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]