AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

VICTOR L. JORDAN,
also known as
Victor Lee Jordan,

        Plaintiff

        v.                                    Civil Action No. 3:20-cv-00615

SHERIFF,
LaPorte County Jail,

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Chief Judge Jon E. DeGuilio.

DATE: September 21, 2020        ROBERT N. TRGOVICH, CLERK OF COURT

        By: s/ L. Higgins-Conrad
            *Signature of Deputy Clerk*